MOORE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Ap-

pellate Division, Second Department. July 28, 1904.) Action by Theresa V. Moore against the New York & Queens County Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, J., dissents.